IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FIRST ARKANSAS BANK & TRUST**                                    **PLAINTIFF**

**MARY L. HOWARD**                         **PLAINTIFF IN INTERVENTION**

v.                               No. 4:09-cv-949-DPM

**LINCOLN BENEFIT LIFE COMPANY**                              **DEFENDANT**

JUDGMENT

The Court enters judgment for First Arkansas Bank and Trust and against Lincoln Benefit for $1,373,652.58. This amount comprises one half of the policy proceeds, one half of the statutory penalty, one half of the pre-judgment interest through today, the filing fee, and the reasonable attorney's fee awarded. The Court also enters judgment for Mary Howard and against Lincoln Benefit for $1,326,086.53. This amount comprises one half of the policy proceeds, one half of the statutory penalty, one half of the pre-judgment interest through today, and the reasonable attorney's fee awarded.

Postjudgment interest will accrue at 0.12% per annum from today until the judgment amounts are paid.  28 U.S.C.A. § 1961(a)-(b) (West 2006).

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 November 2011