IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FIRST ARKANSAS BANK & TRUST                                    PLAINTIFF

MARY L. HOWARD                              PLAINTIFF IN INTERVENTION

v.                              No. 4:09-cv-949-DPM

LINCOLN BENEFIT LIFE COMPANY                                   DEFENDANT

ORDER

Unopposed motion, *Document No. 79*, granted. The Court approves Lincoln Benefit's appeal bond and stays the Judgment, *Document No. 74*, until seven days after the Eighth Circuit issues its mandate. Lincoln Benefit's earlier motion for stay, *Document No. 78*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 December 2011